IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02152-MSK-CBS

BELFOUR USA GROUP, INC.,

        Plaintiff,

v.

JUDITH P. FOX;
DEBORAH T. OWEN;
CRAIG PLAMP;
FRANCES KASH POOL;
FULL SPECTRUM LIGHTING, INC.;
WELLS FARGO BANK, N.A.; ROCKY MOUNTAIN MORTGAGE SPECIALISTS;
WASHINGTON MUTUAL BANK FA;
UNITED MORTGAGE LENDERS, INC.;
TCF NATIONAL BANK;
U.S. BANK NATIONAL ASSOCIATION;
PUBLIC TRUSTEE OF THE CITY AND COUNTY OF DENVER; and
ONE THOUSAND SOUTH MONACO CONDOMINIUM ASSOCIATION,

        Defendant.

ONE THOUSAND SOUTH MONACO CONDOMINIUM ASSOCIATION,

        Counterclaim Plaintiff/Third Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

        Third Party Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 20th day of September, 2010.

BY THE COURT:

Marcia S. Krieger
United States District Judge