**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-02152-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 11, 2011** | **Courtroom Deputy:**  Linda Kahoe |

BELFOR USA GROUP, INC.,                          Jessica Runyan Allen

      Plaintiff/Counter Defendant,

      v.

JUDITH P. FOX,
DEBORAH T. OWEN,
CRAIG PLAMP,
FRANCIS KASH POOL,
FULL SPECTRUM LIGHTING, INC.,
PUBLIC TRUSTEE OF THE CITY AND
      COUNTY OF DENVER,

      Defendants,

ONE THOUSAND SOUTH MONACO               Erin Robson Kristofco
      CONDOMINIUM ASSOCIATION,               Joseph R. Kummer

      Defendant/Counter Claimant/Third Party Plaintiff,

PHILADELPHIA INDEMNITY INSURANCE          Jack David Robinson
      COMPANY,                          Gregory Miles Moore

      Third Party Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       1:34 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

Ms. Kristofco states the privilege log is incomplete.

**ORDERED:**  Counsel shall have a Rule 7.1(a) meet and confer discussion regarding the privilege
           log.  The court strongly suggests that the discussion take place in person.  If the
           discussions are unproductive and a dispute remains at issue, counsel is allowed to
           file an appropriate Motion to Compel.

Discussion regarding Counterclaim Plaintiff and Third Party Plaintiff One Thousand South Monaco Condominium Association's Motion for Leave to Amend Counterclaims and to Amend Third Party Complaint and Jury Demand, doc #[65], filed 12/23/2010.

Ms. Kristofco makes an oral motion to withdraw the Motion for Leave to Amend, doc #[65].

**ORDERED:**  Ms. Kristofco's oral motion to withdraw the Motion for Leave to Amend is **GRANTED.**  Counterclaim Plaintiff and Third Party Plaintiff One Thousand South Monaco Condominium Association's Motion for Leave to Amend Counterclaims and to Amend Third Party Complaint and Jury Demand, doc #[65] is **WITHDRAWN WITHOUT PREJUDICE** to One Thousand South Monaco Condominium Association's right to file a new motion to amend.  The court is not expressing any views as to whether or not, at some point in this litigation, One Thousand South Monaco Condominium Association will have the information to establish a *prima facie* case for punitive damages.

Discussion regarding moving forward with expert disclosures, in light of the pending Motion to Remand, doc #[31].  The court advises the parties to move forward with discovery.

Discussion regarding the Settlement Conference set for February 28, 2011.  The court states it will review the confidential settlement memos due February 17, 2011.  If the court concludes that a settlement conference will be futile, the court will set up a telephonic conference.

Discussion regarding the claim file.  The court suggests that Ms. Kristofco serve a request for production.

Discussion regarding emails from adjuster, Devon Thyme.

**ORDERED:**  A Discovery/Status Conference is set for **1:30 p.m. on Thursday, JANUARY 20, 2011.**  Counsel shall be prepared to advised the court of: (1) all initial disclosure obligations; (2) what has been done; (3) what remains to be done; and (4) what the parties intend to do to move the case forward.  Counsel *__must__* be physically present for this Discovery/Status Conference.

The court may require future status conferences with counsel and client representatives physically present.

The court encourages counsel to work together cooperatively and professionally.

HEARING CONCLUDED.
**Court in recess:**        **2:14 p.m.**
Total time in court:     00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.