**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02152-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 24, 2011** | **Courtroom Deputy:**  Linda Kahoe |

BELFOR USA GROUP, INC.,                   Jessica Runyan Allen
                                                          Daniel William Glasser

       Plaintiff/Counter Defendant,

       v.

JUDITH P. FOX,                                 Thomas R. Bromberg
DEBORAH T. OWEN,
CRAIG PLAMP,
FRANCIS KASH POOL,
FULL SPECTRUM LIGHTING, INC.,
PUBLIC TRUSTEE OF THE CITY AND
       COUNTY OF DENVER,

       Defendants,

ONE THOUSAND SOUTH MONACO           Erin Robson Kristofco
       CONDOMINIUM ASSOCIATION,          Joseph R. Kummer

       Defendant/Counter Claimant/Third Party Plaintiff,

PHILADELPHIA INDEMNITY INSURANCE      Jack David Robinson
       COMPANY,

       Third Party Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:       4:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion to Compel Production of Documents, doc #[83], filed 2/18/2011.

**ORDERED:**   The Motion to Compel Production of Documents, doc #[83], is **DENIED**. The Motion is not in compliance with the court's Practice Standards and it is not consistent with Rule 37(a).

Discussion regarding speaking objections during a deposition. The court refers to Rule 30 and to this court's Local Rules.

Discussion regarding the settlement conference set for March 24, 2011. Mr. Glasser states he wants to take depositions in advance of the settlement conference.

Discussion regarding a private mediator.

Discussion regarding staying the pretrial deadlines.

Discussion regarding the Motion to Remand to State Court, doc #[31], filed 9/22/2010. The court states the Motion has been referred. The court intends to issue a Recommendation that the Motion be granted.

**ORDERED:**   The Settlement Conference currently set for March 24, 2011 is **VACATED** and **RESET for Friday, APRIL 15, 2011 at 1:30 p.m.** Updated Confidential Settlement Statements are due no later than **APRIL 5, 2011.**

**ORDERED:**   Within 72 hours of the filing of an Objection to the Recommendation, the parties are **REQUIRED** to contact the court to set a Telephonic Status Conference to discuss scheduling.

HEARING CONCLUDED.

**Court in recess**:       **4:26 p.m.**
Total time in court:    00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.