IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02152-MSK-CBS

BELFOR USA GROUP, INC.,

     Plaintiff,

v.

JUDITH P. FOX;
DEBORAH T. OWEN;
CRAIG PLAMP;
FRANCES KASH POOL;
FULL SPECTRUM LIGHTING, INC.;
PUBLIC TRUSTEE OF THE CITY AND COUNTY OF DENVER; and
ONE THOUSAND SOUTH MONACO CONDOMINIUM ASSOCIATION,

     Defendant.

and

ONE THOUSAND SOUTH MONACO CONDOMINIUM ASSOCIATION,

     Counterclaim Plaintiff/Third Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

     Third Party Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     THIS MATTER has come before the Court upon Defendant One Thousand South Monaco Condominium Association's Unopposed Motion to Vacate Settlement Conference (*doc # 89*) filed March 24, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED, and the Settlement Conference scheduled for April 15, 2011 is vacated.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     March 24, 2011